# In The United States Court of Federal Claims

RECEIVED
Oct 5 2017
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

**Plaintiff(s) or Petitioner(s)**

Names: Christopher Tita and Ijang Fomukong-Tita, individually and on behalf of all others similarly situated,

Location of Plaintiff(s)/Petitioner(s) (city/state): Plaintiffs are located in Katy, Texas

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Jay Edelson

Firm Name: Edelson PC

**17-1461 L**

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 350 North LaSalle Street, 13th Floor

City-State-ZIP: Chicago, Illinois 60654

Telephone & Facsimile Numbers: Tel: 312.589.6370; Fax: 312.589.6378

E-mail Address: jedelson@edelson.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ■ Yes   □ No

Nature of Suit Code: 514
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:

Agency Identification Code: DOD

Number of Claims Involved: Not yet known.

Amount Claimed: $ $5,000,000+
Use estimate if specific amount is not pleaded.

**Bid Protest:**
Indicate approximate dollar amount of procurement at issue: $

Was this action preceded by the filing of a protest before the GAO?   □ Yes   □ No

If yes, was a decision on the merits rendered?   □ Yes   □ No

**Takings Case:**
Specify Location of Property (city/state): Katy, Texas

**Vaccine Case:**
Date of Vaccination:

**Related Case:**
Is this case directly related to any pending or previous cases?   ■ Yes   □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.